IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRANCE RYAN,<br><br>Defendant, | Case No. L:25-PO-00348-SAH |

FILED
4:45 pm, 7/8/25
**Margaret Botkins
Clerk of Court**

### REQUEST FOR LEAVE TO DISMISS PETTY OFFENSE CASE

The United States Attorney for the District of Wyoming requests leave of the court to dismiss and moves to dismiss without prejudice the petty offense count charged herein against the Defendant in the above-entitled case pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. Said dismissal would be in the best interest of justice. Defense counsel has been contacted and has no objection to this Motion.

STEPHANIE I. SPRECHER
Acting United States Attorney

By:  /s/  Ariel C. Calmes
ARIEL C. CALMES
Assistant United States Attorney

### LEAVE GRANTING DISMISSAL AND DISMISSAL OF PETTY OFFENSE CASE

After due consideration, the Court hereby GRANTS LEAVE to the United States to dismiss the petty offense count charged herein without prejudice. The case is hereby dismissed without prejudice.

By: *Stephanie Hambrick*   July 8, 2025
STEPHANIE A. HAMBRICK        DATE
UNITED STATES MAGISTRATE JUDGE